```
McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　Plaintiff,　　)<br>  )<br>　v.　　　　　　　　　　　)<br>  )<br>KERRY YEO,　　　　　　　　)<br>  )<br>　　　　Defendant.　　)<br>_____) | CASE NO.: 6:07-mj-106 WMW<br><br>MOTION AND ORDER FOR<br>DISMISSAL OF CITATIONS |

　　　The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss Citations P0622416, P0622418, and P0622419 against KERRY YEO without prejudice in the interest of justice.

```
                                   Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

DATED: August 7, 2007        By:   /s/ Mark J. McKeon
                                   MARK J. McKEON
                                   Assistant U.S. Attorney
```

Motion and Order for Dismissal　　　　　　　　1

ORDER

IT IS HEREBY ORDERED that Citation P0622416, P0622418, and P0622419 against KERRY YEO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

**Dated:    August 8, 2007**              /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE

Motion and Order for Dismissal                    2